No. 03–7740. BRYSON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 03–7743. STRINGER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7744. STEELE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7745. ROBERTS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7746. SIMS v. SLADE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7747. BONDURANT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7750. BAILEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7755. DAVIS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 03–7761. COBB v. MORRISON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–7763. COLLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7765. JEAN-JACQUES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7766. ASENSIO-BOYADZHYAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7771. VALENZUELA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–7772. TABOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7777. WASHINGTON v. UNITED STATES NAVAL TRAINING CENTER ET AL. C. A. 11th Cir. Certiorari denied.